# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Leisure Time Spas, Billiards & More LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**01-0960755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6959 Highland Rd**<br>**Waterford, MI**<br>ZIP Code **48327** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Leisure Time Spas, Billiards & More LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Leisure Time Spas, Billiards & More LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Sonya N. Goll**
Signature of Attorney for Debtor(s)

**Sonya N. Goll P61136 sgoll@sbplclaw.com**
Printed Name of Attorney for Debtor(s)

**Stevenson & Bullock, P.L.C.**
Firm Name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**

Address

**(248)354-7906  Fax: (248)354-7907**
Telephone Number

**October  6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Robert McDiarmid**
Signature of Authorized Individual

**Charles Robert McDiarmid**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  6, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION OF THE
## BOARD OF DIRECTORS, OFFICERS, SHAREHOLDERS AND MEMBERS OF
## LEISURE TIME SPAS, BILLIARDS, & MORE, L.L.C.

LEISURE TIME SPAS, BILLIARDS, & MORE, L.L.C. a Michigan limited liability company (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the owners, officers and shareholders of the Company on May 29, 2015, in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the board of directors, members, officers and shareholders, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Charles McDiarmid is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at any such time as he shall determine ("Bankruptcy Case") and is authorized to take all actions that he deems necessary and appropriate in the Bankruptcy Case; and

RESOLVED that the Responsible Person is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that the Responsible Person be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Charles D. Bullock and the law firm of Stevenson & Bullock, PLC be and it hereby is, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors, officers, and shareholders of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th Day of May, 2015.

LEISURE TIME SPAS, BILLIARDS, & MORE, L.L.C.

By: /s/ Charles McDiarmid
Charles McDiarmid
Member and Owner of the Company

By: /s/ Cori McDiarmid
Cori McDiarmid
Member and Owner of the Company

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Leisure Time Spas, Billiards & More LLC**,      Case No. _____

                       Debtor

                                                                    Chapter      **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 6, 2015**                         Signature **/s/ Charles Robert McDiarmid**
                                                                                 **Charles Robert McDiarmid**
                                                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Leisure Time Spas, Billiards & More LLC**     Case No. _____

Debtor(s)     Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 6, 2015**      **/s/ Charles Robert McDiarmid**
                                             **Charles Robert McDiarmid**/**President**
                                             Signer/Title

```
17th  Circuit Court
180 Ottawa Avenue NW
# 14-09676-CKB
Grand Rapids, MI 49503


51st District Court
5100 Civic Center Drive
#15-0635 SC
Waterford, MI 48329


51st District Court
5100 Civic Center Drive
15-0859-GC
Waterford, MI 48329


ASA Electronics
2602 Marina Drive
Elkhart, IN 46514


Asmar Center, LLC
c/o Jeffrey Z. Dworin
838 W. Long Lake Rd., Ste. 100
Bloomfield Hills, MI 48302


Blackburn & Sons Realty Capital Corp.
4811 Chippendale Dr., Ste. 101
Sacramento, CA 95841


Charles R. McDiarmid
4676 Seibert Rd
Waterford, MI 48328


Cinderlla, Inc.
1215 S. Jefferson Avenue
Saginaw, MI 48601


Clearwater Spas
c/o Thermal Hydra Plastics, LLC
18800 Woodinville-Snohomish Rd
PO Box 2140
Woodinville, WA 98072


Coast Spas Manufacturing Inc.
6315 202 Street
Langley, BC V2Y 1N1
```

Comcast Spotlight
PO Box 8500-54433
Philadelphia, PA 19178-4433


Copper Creek Vineyard
58805 Grand River Ave.
New Hudson, MI 48165


Cori McDiarmid
4676 Seibert Rd
Waterford, MI 48328


CT Lien Solutions
330 North Brand Blvd., Ste. 700
c/o GE Capital Commercial Dist. Finance
Glendale, CA 91203


CT Lien Solutions
330 North Brand Blvd., Ste. 700
c/o Snap Advances, LLC
Glendale, CA 91203


Cumulus Broadcasting, LLC
3280 Peachtree Rd NE
Atlanta, GA 30305


Daniel Peters
PO Box 5005
Case # 15-0635 SC
Warren, MI 48090-5005


David L. Baatenburg
4251 Cascade Rd SE, Ste. B
Grand Rapids, MI 49546


Edward & Susan Kaleel
2523 Pheasant Run
Ortonville, MI 48462


Electronic Payment Incorporated
Attn: Scott Hunt
7244 South Dupont Hwy, Ste. 2
Felton, DE 19943

Four Winds Holding Company, LLC
251 Mayfield Dr.
Smyrna, TN 37167


Foxtrot Capital
136 E. South Temple, Ste. 2420
Salt Lake City, UT 84111


GE Capital Commercial Dist. Finance
5595 Trilliam Blvd., 4th Fl
Hoffman Estates, IL 60192


Greater Media Detroit
c/o Ross, Stuart & Dawson, Inc.
691 N. Squirrel Rd., Ste. 175
Auburn Hills, MI 48326-2865


Greystone Partners LLC
6443 SW Beaverton Hillsday Hwy Ste. 205
Portland, OR 97221


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


International Professional Services
10 Harbor Park Dr.
c/o Nulook Capital, LLC
Port Washington, NY 11050


Intuit Payment Solutions
2700 Coast Ave.
Mountain View, CA 94043


John L. Ross
c/o Richard E. Segal & Associates
6230 Orchard Lake Rd., Ste. 294
West Bloomfield, MI 48322-2394


MARATHON FLEET
PO BOX 639
Portland, ME 04104

Michael Patrick Pinkowski
unknown


Michigan Department of Treasury
Collections/Bankrutpcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Nordic Products, Inc.
4655 Patterson Ave. SE
Grand Rapids, MI 49512


Nulook Capital, LLC
5550 Merrick Rd., Ste. 203
NY 11759


Pentiuk, Couvreur & Kobiljak
2915 Biddle Ave.
Wyandotte, MI 48192


Puryear Law Group
102 Woodmont Blvd.
The Woodmont Centre, Ste. 520
Nashville, TN 37205


Reliable Fast Cash LLC, dba KCG
1 Metrotech Center, 20th Fl #2001
Brooklyn, NY 11201


S. Thomas Padgett
DeBrincat and Padgett
34705 W. Twelve Mile Road
Farmington, MI 48331


Sanders Pianowski, LLP
300 Riverwalk Dr
Elkhart, IN 46516-3040

Snap Advances
dba Yellowstone Capital
497 Rockaway Ave., Ste. 1
Valley Stream, NY 11581


Snap Advances, LLC
136 E. South Temple, Ste 2420
Salt Lake City, UT 84111


State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437


State of Michigan
Withholding tax
P.O. Box 77003
Detroit, MI 48277


State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202


State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922


Supreme Court of the State of New York
County of Nassau
100 Supreme Court Drive
Mineola, NY 11501


U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

VeriCore, LLC
10115 Kincey Ave., Ste. 100
c/o William Fox
Huntersville, NC 28078


Viking Spas, Inc.
2725 Prairie St. SW
Wyoming, MI 49519


Waterway Plastics
2200 East Sturgis Rd
Oxnard, CA 93030