B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Leisure Time Spas, Billiards & More LLC**    Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ASA Electronics<br>2602 Marina Drive<br>Elkhart, IN 46514 | ASA Electronics<br>2602 Marina Drive<br>Elkhart, IN 46514 | Services | | 12,471.60 |
| Asmar Center, LLC<br>c/o Jeffrey Z. Dworin<br>838 W. Long Lake Rd., Ste. 100<br>Bloomfield Hills, MI 48302 | Asmar Center, LLC<br>c/o Jeffrey Z. Dworin<br>838 W. Long Lake Rd., Ste. 100<br>Bloomfield Hills, MI 48302 | Judgment | | 37,342.50 |
| Cinderlla, Inc.<br>1215 S. Jefferson Avenue<br>Saginaw, MI 48601 | Cinderlla, Inc.<br>1215 S. Jefferson Avenue<br>Saginaw, MI 48601 | credit | | 25,434.14 |
| Clearwater Spas<br>c/o Thermal Hydra Plastics, LLC<br>18800 Woodinville-Snohomish Rd<br>PO Box 2140<br>Woodinville, WA 98072 | Clearwater Spas<br>c/o Thermal Hydra Plastics, LLC<br>18800 Woodinville-Snohomish Rd<br>Woodinville, WA 98072 | Vendor | | 9,236.18 |
| Coast Spas Manufacturing Inc.<br>6315 202 Street<br>Langley, BC V2Y 1N1 | Coast Spas Manufacturing Inc.<br>6315 202 Street<br>Langley, BC V2Y 1N1 | Vendor | | 22,827.36 |
| Copper Creek Vineyard<br>58805 Grand River Ave.<br>New Hudson, MI 48165 | Copper Creek Vineyard<br>58805 Grand River Ave.<br>New Hudson, MI 48165 | Judgment | | 1,663.00 |
| Electronic Payment Incorporated<br>Attn: Scott Hunt<br>7244 South Dupont Hwy, Ste. 2<br>Felton, DE 19943 | Electronic Payment Incorporated<br>Attn: Scott Hunt<br>7244 South Dupont Hwy, Ste. 2<br>Felton, DE 19943 | Credit card processing | | 6,169.68 |
| Four Winds Holding Company, LLC<br>251 Mayfield Dr.<br>Smyrna, TN 37167 | Four Winds Holding Company, LLC<br>251 Mayfield Dr.<br>Smyrna, TN 37167 | Judgment lien | | 55,992.93<br><br>(0.00 secured) |

**B4** (Official Form 4) (12/07) - Cont.

In re  **Leisure Time Spas, Billiards & More LLC**  
                         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GE Capital Commercial Dist. Finance<br>5595 Trilliam Blvd., 4th Fl<br>Hoffman Estates, IL 60192 | GE Capital Commercial Dist. Finance<br>5595 Trilliam Blvd., 4th Fl<br>Hoffman Estates, IL 60192 | All personal property | | 86,548.75<br><br>(28,500.00 secured) |
| Greater Media Detroit<br>c/o Ross, Stuart & Dawson, Inc.<br>691 N. Squirrel Rd., Ste. 175<br>Auburn Hills, MI 48326-2865 | Greater Media Detroit<br>c/o Ross, Stuart & Dawson, Inc.<br>691 N. Squirrel Rd., Ste. 175<br>Auburn Hills, MI 48326-2865 | advertising | | 5,000.00 |
| Intuit Payment Solutions<br>2700 Coast Ave.<br>Mountain View, CA 94043 | Intuit Payment Solutions<br>2700 Coast Ave.<br>Mountain View, CA 94043 | Services | | 6,000.00 |
| John L. Ross<br>c/o Richard E. Segal & Associates<br>6230 Orchard Lake Rd., Ste. 294<br>West Bloomfield, MI 48322-2394 | John L. Ross<br>c/o Richard E. Segal & Associates<br>6230 Orchard Lake Rd., Ste. 294<br>West Bloomfield, MI 48322-2394 | Returned merchandise payable | | 8,458.80 |
| MARATHON FLEET<br>PO BOX 639<br>Portland, ME 04104 | MARATHON FLEET<br>PO BOX 639<br>Portland, ME 04104 | | | 1,000.00 |
| Michigan Department of Treasury<br>Collections/Bankrutpcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909 | Michigan Department of Treasury<br>Collections/Bankrutpcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909 | Sales taxes | | 142,373.57 |
| Nulook Capital, LLC<br>5550 Merrick Rd., Ste. 203<br>NY 11759 | Nulook Capital, LLC<br>5550 Merrick Rd., Ste. 203<br>NY 11759 | All personal property | | 63,930.48<br><br>(0.00 secured) |
| Snap Advances, LLC<br>136 E. South Temple, Ste 2420<br>Salt Lake City, UT 84111 | Snap Advances, LLC<br>136 E. South Temple, Ste 2420<br>Salt Lake City, UT 84111 | Accounts receivables | | 34,039.70<br><br>(0.00 secured) |
| Viking Spas, Inc.<br>2725 Prairie St. SW<br>Wyoming, MI 49519 | Viking Spas, Inc.<br>2725 Prairie St. SW<br>Wyoming, MI 49519 | judgment | | 75,916.78 |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Leisure Time Spas, Billiards & More LLC**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 6, 2015**      Signature **/s/ Charles Robert McDiarmid**
**Charles Robert McDiarmid**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.